UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

ALONZO MAYES,

                Plaintiff,

v.                                     ORDER
                                         03-CV-417

E.R. DONNELLY,

                Defendant.

---

This case was referred to Magistrate Judge Victor E. Bianchini, pursuant to 28 U.S.C. § 636(b)(1). On May 28, 2003, plaintiff filed a petition for a writ of certiorari and on March 9, 2009 he filed a motion to amend the petition. On June 30, 2009, Magistrate Judge Bianchini filed a Report and Recommendation, recommending that petitioner's motion to amend be denied and that petitioner's original petition for a writ of habeas corpus be denied.

Plaintiff filed objections to the Report and Recommendation on July 10, 2009. Defendants filed a response thereto.

Pursuant to 28 U.S.C. § 636(b)(1), this Court must make a de novo determination of those portions of the Report and Recommendation to which objections have been made. Upon a de novo review of the Report and Recommendation, and after reviewing the submissions of the parties, the Court adopts the proposed findings of the Report and Recommendation.

1

Accordingly, for the reasons set forth in Magistrate Judge Bianchini's Report and Recommendation, petitioner's motion to amend is denied and petitioner's original petition for a writ of habeas corpus is denied. The Clerk of Court shall take all steps necessary to close the case.

SO ORDERED.

*s/ Richard J. Arcara*
HONORABLE RICHARD J. ARCARA
CHIEF JUDGE
UNITED STATES DISTRICT COURT

DATED: August 21, 2009